UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| M & N RESOURCES MANAGEMENT, LLC | CIVIL ACTION NO. 14-cv-0238 |
| VERSUS | JUDGE FOOTE |
| EXCO OPERATING CO., LP | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

M & N, to meet its burden of establishing diversity jurisdiction, will need to amend its complaint to allege with specificity the citizenship of the LLC and LP parties. Citizenship must be traced through the various organizational layers in accordance with the rules that apply to the various forms of entities. General allegations that all members or partners are of diverse citizenship from the parties on the other side, without factual specificity, are not sufficient. Burford v. State Line Gathering Sys., LLC, 2009 WL 2487988 (W.D. La. 2009). The amended complaint must be filed before a scheduling conference will be held.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19th day of February, 2014.

_____
Mark L. Hornsby
U.S. Magistrate Judge